UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
Form 1. Notice of Appeal from a Judgment or Order of a
United States District Court

Name of U.S. District Court: U.S.D.C. for the Eastern District of Washington

U.S. District Court case number: 2:20-CV-00209-SAB

Date case was first filed in U.S. District Court: 06/05/2020

Date of judgment or order you are appealing: 08/21/2020

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

☉ Yes   ○ No   ○ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

Greyhound Lines, Inc.

Is this a cross-appeal?  ○ Yes   ☉ No

If Yes, what is the first appeal case number?

Was there a previous appeal in this case?   ○ Yes   ☉ No

If Yes, what is the prior appeal case number?

Your mailing address:

Jesse L. Miller

Reed Smith LLP, 101 Second Street, Suite 1800

City: San Francisco     State: CA     Zip Code: 94105-3659

Prisoner Inmate or A Number (if applicable):

**Signature**  s/ Jesse L. Miller     Date  Aug 28, 2020

*Complete and file with the attached representation statement in the U.S. District Court*

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

**Form 1**                                                                 Rev. 12/01/2018

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:
> Greyhound Lines, Inc.

Name(s) of counsel (if any):
> Jesse L. Miller and Jennifer R. Fearnow

Address: Reed Smith LLP, 101 Second Street, San Francisco, CA 94105-3659

Telephone number(s): (415) 543-8700

Email(s): jessemiller@reedsmith.com and jfearnow@reedsmith.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ◉ Yes   ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:
> State of Washington

Name(s) of counsel (if any):
> Robert W. Ferguson, Attorney General, and Lane M. Polozola and Yesica Hernandez, Assistant Attorneys General

Address: Office of AG, 800 Fifth Avenue, Suite 2000, Seattle, WA 98104

Telephone number(s): (206) 474-7744

Email(s): Lane.Polozola@atg.wa.gov and Yesica.Hernandez@atg.wa.gov

*To list additional parties and/or counsel, use next page.*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                                        1                                *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**<u>Appellants</u>**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?    ⦿ Yes    ○ No

**<u>Appellees</u>**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**  2  *New 12/01/2018*