

# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
920 WEST RIVERSIDE AVENUE
P.O. BOX 1493
SPOKANE, WASHINGTON 99210
www.waed.uscourts.gov

SEAN F. MCAVOY
CLERK OF COURT

(509) 458-3400
FAX (509) 458-3420

RENEA GROGAN
CHIEF DEPUTY CLERK

August 28, 2020

Jesse L Miller
Reed Smith, LLP - SF
101 Second Street Suite 1800
San Francisco, CA 94105-3659

RE: *State of Washington v. Greyhound Lines Inc*
    2:20-cv-00209-SAB

Dear Jesse L Miller,

Attached is a copy of the Notice of Appeal and docket sheet in the above-referenced case.

**IMPORTANT** - The Transcript Designation and Ordering form is now available on the public website under forms http://www.waed.uscourts.gov/forms/all-forms/transcript_forms.  All Transcript Designation and Ordering forms should be electronically filed in ECF.  **You must contact the Court Reporter to make financial arrangements.**

**Please Note:**  The designation form must be completed in full including the name and date of each proceeding and the court reporter's name who reported the proceeding.  The docket entries enclosed provide the dates of the hearings and the court reporter's name. "Entire transcript," "Entire trial" or "All proceedings" is not sufficient information to process your transcript order.

**The transcript designation should be e-filed**.  The event is located under "Appeal Documents; 9CCA Transcript Designation of Record on Appeal". Official Court Reporters will receive notification via ECF.  You must mail a copy to contract Court Reporters.  **You must contact the Court Reporter to make financial arrangements.**

**TRANSCRIPTS FILED PRIOR TO APPEAL:**

**If a hearing transcript has been filed prior to the appeal, you should designate the hearing date if you are considering it to be part of the record.  Also, please indicate on the transcript and designation form that the transcript has already been filed.**

Thank you for your assistance.  If you have any question, please call.

Very truly yours,

**UNITED STATES DISTRICT COURT**

Office of the Clerk
Appeal Deputy Clerk

| COURT REPORTERS | Page 1 |
|---|---|

| | |
|---|---|
| Allen, Kimberly<br>U.S. District Court<br>825 Jadwin Avenue<br>Suite 174<br>Richland, WA 99352<br>Phone: 509-943-8175<br>Email: kim_allen@waed.uscourts.gov | Clark, Debra<br>U.S. District Court<br>P.O. Box 700<br>Spokane, WA 99210<br>Phone: 509-458-5283<br>Email:<br>ronelle_corbey@waed.uscourts.gov |
| Anderson, Allison (Stovall)<br>U.S. District Court<br>P.O. Box 700<br>Spokane, WA 99210<br>Phone: 509-458-3465<br>Email:<br>allison_anderson@waed.uscourts.gov | Corbey, Ronelle<br>U.S. District Court<br>P.O. Box 700<br>Spokane, WA 99210<br>Phone: 509-458-5283<br>Email:<br>ronelle_corbey@waed.uscourts.gov |
| Baker, Topper<br>U.S. District Court<br>P.O. Box 1493<br>Spokane, WA 99210<br>Phone: 509-458-3400<br>Email:<br>court_reporters@waed.uscourts.gov | Craver, Dani Jean<br>P.O. Box 8029<br>Yakima, WA 98908<br>Phone: 509-457-3377<br>Email:<br>schedule@centralcourtreporting.com |
| Boyle, Dorene<br>P.O. Box 1701<br>Yakima, WA 98907<br>Phone: 509-457-6741<br>Email: crscourtreporting@charter.net | Dashiell, Jody (Pope)<br>Spokane County Superior Court<br>Department 4<br>1116 W. Broadway Avenue<br>Spokane, WA 99260<br>Phone: 509-434-4991<br>Email: jdashiell@spokanecounty.org |
| Brown, Amy J.<br>1816 S. Conklin Road<br>Spokane Valley, WA 99037<br>Phone: 509-270-0146<br>Email: amyjbrown@comcast.net | Drummond, Samantha<br>3245 E. Armstrong Court<br>Coeur d'Alene, ID 83814<br>Phone: 208-457-2597<br>Email: samssteno@gmail.com |

|  | COURT REPORTERS | Page 2 |

| | |
|---|---|
| Electronic Recordings<br>U.S. District Court<br>P.O. Box 1493<br>Spokane, WA 99210<br>Phone:  509-458-3400<br>Email:<br>court_reporters@waed.uscourts.gov | McCaughan, Julie<br>816 Sherman Ave., Suite 7<br>Coeur d'Alene, ID 83814<br>Phone:  800-879-1700<br>csmith@mmcourt.com |
| Hall-Nelson, Rachael<br>6820 N. Standard Street<br>Spokane, WA 99208<br>Phone:  509-998-9534<br>Email:  britrptr@aol.com | McMartin, Marilynn<br>P.O. Box 994<br>Yakima, WA 98907<br>Phone:  509-966-6787 or 800-548-2678<br>Email:  marilynn@acr.rocks |
| Hicks, Crystal<br>U.S. District Court<br>P.O. Box 700<br>Spokane, WA 99210<br>Phone:  509-458-3434<br>Email:<br>crystal_hicks@waed.uscourts.gov | McMaster, Tammey L.<br>P.O. Box 1621<br>Mead, WA 99021<br>Phone:  509-465-1334 or 509-477-4413<br>Email:  tammeymc@gmail.com |
| LaCoursiere, Rene'<br>P.O. Box 994<br>Yakima, WA 98907<br>Phone:  509-966-6787 or 800-548-2678<br>Email:  rene@acr.rocks | Meyers, d'Anne<br>708 N. Argonne Road<br>Suite 1B<br>Spokane Valley, WA 99212<br>Phone:  509-467-0666<br>Email:<br>betty@snovercourtreporting.com |
| Lykken, Phyllis<br>P.O. Box 8029<br>Yakima, WA 98908<br>Phone:  509-457-3377<br>Email:<br>schedule@centralcourtreporting.com | Moore, Jori<br>4001 Summitview Ave.<br>Suite 5-245<br>Yakima, WA 98908<br>Phone:  509-969-6207<br>Email:  jorimoore@yahoo.com |

| COURT REPORTERS | Page 3 |
|---|---|

| | |
|---|---|
| Nickeson, Monna J.<br>(McCormick or Barnhart)<br>2518 Blue Hill Court<br>Richland, WA 99352<br>Phone: 509-942-8477<br>Email: monna@tricitiesreporting.com | Rosadovelazquez, Terri<br>8402 N. Forest Court<br>Spokane, WA 99208<br>Phone: 509-499-1390<br>Email: terrirov@comcast.net |
| Nicholson, Diane<br>P.O. Box 1692<br>Richland, WA 99352<br>Phone: 509-946-4328 or 509-531-1000<br>Email: acta@frontier.com | Sitter, Betty<br>12308 E. 4th Ave.<br>Spokane, WA 99216<br>Phone: 509-413-3003 or 509-926-2670 |
| Parrish, Gail<br>708 N. Argonne Road<br>Suite 1B<br>Spokane Valley, WA 99212<br>Phone: 509-467-0666<br>Email: betty@snovercourtreporting.com | Smithson, Stephanie<br>(Hamilton) (Whitney)<br>U.S. District Court<br>P.O. Box 1493<br>Spokane, WA 99210<br>Phone: 509-458-3400<br>Email:<br>court_reporters@waed.uscourts.gov |
| Pullo, Patricia<br>816 Sherman Ave., Suite 7<br>Coeur d'Alene, ID 83814<br>Phone: 800-879-1700<br>csmith@mmcourt.com | Snover, Mark<br>U.S. District Court<br>P.O. Box 1493<br>Spokane, WA 99210<br>Phone: 509-458-3400<br>Email:<br>court_reporters@waed.uscourts.gov |
| Race, Elizabeth (Lisa)<br>5919 Highway 291<br>Box 175<br>Nine Mile Falls, WA 99026<br>Phone: 509-276-7239<br>Email: lisarace@msn.com | Stiles, Dorothy<br>U.S. District Court<br>P.O. Box 1493<br>Spokane, WA 99210<br>Phone: 509-458-3400<br>Email:<br>court_reporters@waed.uscourts.gov |

| COURT REPORTERS | Page 4 |
|---|---|
| Walters, Lynette<br>U.S. District Court<br>P.O. Box 2706<br>Yakima, WA 98907<br>Phone: 509-573-6613<br>Email:<br>lynette_walters@waed.uscourts.gov | |